UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN H. HERSCHFUS and BRIAN H.
HERSCHFUS AND FERN SHARI
HERSCHFUS JOINT REVOCABLE
TRUST,

      Plaintiffs,

v.

CITY OF OAK PARK, et al.,

      Defendants.
      _____/

Case No. 2:22-cv-11174

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 26, 2024, Defendants' motion for summary judgment is granted and Plaintiffs' motion for partial summary judgment is denied.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: February 26, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1